IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. FORDJOUR, ) | No. C 07-1446 MMC (PR) |
| Plaintiff, ) | **ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO MOVE TO VACATE ARBITRATION AWARD; SETTING BRIEFING SCHEDULE; VACATING HEARING ON DEFENDANT'S PETITION TO CONFIRM ARBITRATION AWARD** |
| v. ) | |
| WASHINGTON MUTUAL BANK, ) | |
| Defendant. ) | |
| _____ ) | **(Docket No. 57)** |

On March 13, 2007, plaintiff, a California prisoner currently incarcerated at the Yuba County Jail in Marysville, California, and proceeding pro se, filed the above-titled civil action against defendant Washington Mutual Bank ("WMB"), alleging breach of contract as well as violations of the Fair Credit Reporting Act (15 U.S.C. § 1681, et seq.), the Fair Housing Act (42 U.S.C. §§ 3604 & 3605), and the Civil Rights Act (42 U.S.C. § 1981). By order dated February 1, 2008, the Court granted WMB's motion to compel arbitration of the action under the Federal Arbitration Act ("FAA"). In so doing, the Court stayed all further proceedings in this matter pending arbitration, and directed the parties to notify the Court within ten days of the arbitrator's decision.

Now before the Court is WMB's petition to confirm the award issued by the arbitrator on September 21, 2009, denying all of plaintiff's claims for relief. Also before the Court is plaintiff's "Emergency Motion for Thirty (30) Days Extension of Time to File Appeal and

Review to the Improper Arbitration Award from Arbitrator Robert W. Brown, Esq." (Docket No. 57.)  Specifically, plaintiff seeks an extension of time to file a motion to "vacate [and] set aside" the arbitration award, on the ground the award should not have been issued due to plaintiff's inability to attend the arbitration hearing because the Court had not yet ruled on his request to be transported to the hearing.  WMB has opposed plaintiff's request.

Good cause appearing, plaintiff's request is hereby GRANTED.  Within **thirty (30)** days of the date this order is filed plaintiff shall file and serve on defendant a brief that includes both his opposition to WMB's petition to confirm the arbitration award and his motion to vacate the arbitration award.  Within **twenty (20)** days of the date plaintiff's brief is filed, defendant shall file a response thereto.  Defendant's petition to confirm the arbitration award and plaintiff's motion to vacate the arbitration award will be deemed submitted on the date defendant's response is due.

In view of the above, the hearing on defendant's petition to confirm the arbitration award, set for December 4, 2009, is hereby VACATED.  No hearings will be held in this matter without prior Court order.

This order terminates Docket No. 57.

IT IS SO ORDERED.

DATED: November 23, 2009

_____
MAXINE M. CHESNEY
United States District Judge