IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES M. FORDJOUR,

       Plaintiff,

  v.

WASHINGTON MUTUAL BANK,

       Defendant.
   _____/

No. CV-07-1446 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Plaintiff's motion to vacate the arbitration award is hereby DENIED.

2. Defendant's petition to confirm the arbitration award is hereby GRANTED.

3. The above-titled action is hereby DISMISSED with prejudice.

Dated: June 18, 2010

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk